# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-30652

_____

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2019

Lyle W. Cayce
Clerk

JAMES A. LATIOLAIS,

Plaintiff - Appellee

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as
Northrop Grumman Shipbuilding, Incorporated, formerly known as
Northrop Grumman Ship Systems, Incorporated, formerly known as
Avondale Industries, Incorporated,

Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

ON PETITION FOR REHEARING EN BANC

(Opinion March 11, 2019, 5 Cir., 2019, 918 F.3d 406)

Before STEWART, Chief Judge, JONES, SMITH, DENNIS, OWEN, ELROD,
SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO,
DUNCAN, and OLDHAM, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for
rehearing en banc, and a majority of the circuit judges in regular active
service and not disqualified having voted in favor,

_____

[1] Judge Engelhardt is recused and did not participate in this decision.

No. 18-30652

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.